UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN PABLO BARAJAS-TORRES, A/K/A<br>JUAN PABLO BARAJAS,<br><br>　　　　Defendant. | Case No. 4:18-CR-0040-BLW<br><br>**ORDER** |

　　Because all hearings will be held in Boise, it will be very difficult for appointed defense counsel, who resides in Eastern Idaho, to effectively represent his client who is now imprisoned a long distance away. Because the Federal Defender Services of Idaho has an office located much closer to the defendant, and to the courthouse where all hearings will now be conducted, the Court will replace existing counsel with the Federal Defender Services of Idaho, Boise Office.

　　NOW THEREFORE IT IS HEREBY ORDERED, that the appointment of CJA counsel Manuel Travis Murdoch is hereby TERMINATED and that the Federal Defender Services of Idaho Boise Office is hereby appointed to represent Defendant.

　　　　　　　　　　　　　　　　DATED: February 20, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　B. Lynn Winmill
　　　　　　　　　　　　　　　　Chief U.S. District Court Judge